# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Amber Beverly Maringer,                                   Civil No. 07-1518 (RHK/JSM)

    Plaintiff,                                          **ORDER**

vs.

Denny's, Inc.,

    Defendant.

---

    Pursuant to the parties' Stipulation, this action is **DISMISSED WITH PREJUDICE** and without costs or attorney's fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 9, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge